## SECOND DEPARTMENT, MAY, 1973

### (May 2, 1973)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES BROWN, Appellant.— On the court's own motion, its decision dated April 23, 1973 (41 A D 2d 850) is amended to delete therefrom the third paragraph and to substitute therefor the following: " CPL 380.50 provides that, in addition to the statement which the court may make at the time of sentence, the court must ask the defendant whether he wishes to make a statement. The latter provision is mandatory (*People* v. *Gilliam*, 40 A D 2d 1036)." Hopkins, Acting P. J., Munder, Martuscello, Shapiro and Brennan, JJ., concur.